FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/2014 4:37:57 PM
KEITH E. HOTTLE
Clerk

# APPENDIX - TAB A

CAUSE NO. 13410

| | | |
|---|---|---|
| MARISELA G. SALAS individually | § | IN THE DISTRICT COURT OF |
| AND AS REPRESENTANTIVE OF | § | |
| THE ESTATE OF MARTIN SUAREZ | § | |
| AND AS NEXT FRIEND OF KEYLA | § | |
| MARIZEL SALAS SUARES minor | § | |
| | § | |
| V. | § | GILLESPIE COUNTY, TEXAS |
| | § | |
| C&B WHITE SERVICES INC., ALLEN | § | |
| KELLER CO. I LLC d/b/a ALLEN | § | |
| KELLER CO; ALLEN KELLER | § | |
| COMPANY d/b/a ALLEN KELLER CO. | § | |
| AND SAFECO INSURANCE COMPANY | § | |
| OF AMERICA | § | 216th JUDICIAL DISTRICT |

## SUMMARY JUDGMENT

After considering Defendant Allen Keller Co. I, LLC's Traditional Motion for Summary Judgment, the response thereto and the summary judgment evidence the Court finds that there is no genuine issue of material fact as to at least one element of Plaintiffs' claim of negligence against Defendant Allen Keller Co. I, Ltd. Accordingly, it is hereby;

ORDERED that Defendant ALLEN KELLER CO. I, LLC's Traditional Motion for Summary Judgment is GRANTED. It is further;

ORDERED, ADJUDGED and DECREED that Plaintiffs Marisela G. Salas, Individually and as Representative of the Estate of Martin Suarez and as Next Friend of Keyla Marizel Salas Suares, a Minor, Martin Suarez Guerrero and Silva Aguas Martinez take nothing against Defendant ALLEN KELLER CO. I, LLC. All costs associated with such claims are taxed against Plaintiffs.

304

Vol. A-72; Pages 109-110

Signed and entered on this the ___9___ day of __June__, 2014.

_____

Presiding Judge

APPROVED AND ENTRY REQUESTED:

LUCERO | WOLLAM, P.L.L.C.

ERIK R. WOLLAM    — copy 6-12-14
13590 Ranch Road 12
Wimberley, Texas 78676
Telephone: (512) 485-3500
Facsimile: (512) 485-3501
Email: ewollam@lucerowollam.com

ATTORNEYS FOR DEFENDANT
ALLEN KELLER CO. I, LLC

*copies to all counsel 6-12-14*

Vol. A·72; Pages 109-110

9:52 FILED
o'clock A. M

JUN 1 2 2014

JAN DAVIS
DISTRICT CLERK
GILLESPIE COUNTY TEXAS

by Kim Durst
Deputy

Vol. A·72; Pages 109-110